JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KC & HC, INC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASCENA RETAIL GROUP, INC., individually and d/b/a "Dress Barn," a Delaware corporation; *et al.,*<br><br>Defendants. | Case No.: 2:19-cv-07361-SB-PJW<br><br>**ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

## ORDER

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT this action is dismissed without prejudice in its entirety with each party bearing its own costs and attorneys' fees as incurred in this action.

<u>IT IS SO ORDERED.</u>

Dated: October 8, 2021         By: _____
                               HON. STANLEY BLUMENFELD, JR.
                               PRESIDING
                               U.S. DISTRICT JUDGE

1